UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA        §
                                §
vs.                             §        NO:   WA:25-CR-00098(16)-ADA
                                §
(16) BRIAN QUINN KNOX           §

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 13, 2026, wherein the defendant (16) BRIAN QUINN KNOX waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (16) BRIAN QUINN KNOX to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (16) BRIAN QUINN KNOX's plea of guilty to Count Two S (2s) is accepted.

Signed this 30th day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE